**Order filed November 27, 2013.**



In The

# Fourteenth Court of Appeals

_____

NO. 14-11-00661-CV
NO. 14-11-00662-CV
_____

**ASHMITA UNNI PRAKASH, Appellant**

**V.**

**ASHISH AND APARNA KAMAT, Appellees**

On Appeal from the 215th District Court
Harris County, Texas
Trial Court Cause No. 2009-28312

## ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect **Defendant's exhibits 17a and 18.**

The clerk of the 215th District Court is directed to deliver to the Clerk of this court Defendant's exhibits 17a and 18, on or before **December 12, 2013.** The Clerk of this court is directed to receive, maintain, and keep safe these exhibits; to deliver them to the justices of this court for their inspection; and, upon completion of inspection, to return Defendant's exhibits 17a and 18, to the clerk of the 215th District Court.

PER CURIAM